**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| SHEENA D. ALLEN, | : Case No. 25-1-7196-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S MOTION TO DISMISS THE CASE**
**UNLESS THE DEBTOR MODIFIES THE PLAN**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss the case if the Debtor does not modify the plan to cure an underfunding.  The plan provides that joint unsecured creditors shall be paid in full through the plan.  Joint unsecured creditors have filed proofs of claims in the aggregate amount of $112,730.34.  As a result, the plan is underfunded.  If the Debtor does not modify the plan to cure the underfunding, cause will exist to dismiss the case as the result of an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays that the Court dismiss the case if the Debtor fails to modify the plan.

Respectfully submitted,

February 19, 2026

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Pkwy., Suite 301
Columbia, MD  21046
(410) 290-9120

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR(S) AND DEBTOR(S)'S ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that the Chapter 13 case will be closed unless, not later than March 23, 2026,  there is filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and a copy served on the Trustee, a pleading responding to the Trustee's Motion to Dismiss Chapter 13 Case that controverts the motion or explains why the case should not be dismissed, together with a request for a hearing on the motion.

**PLEASE TAKE FURTHER NOTICE** that the case may be voluntarily converted to a case under Chapter 7 upon the Debtor(s)'s motion.  A motion to convert the case to a case under Chapter 7 must be filed not later than March 23, 2026 with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, together with a necessary $25.00 filing fee.

### Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Ronald B. Greene, Esq.

I caused a copy of the foregoing to be sent on February 25, 2026 by first-class U.S. mail, postage prepaid to:

Sheena D. Allen
12403 Melling Ln.
Bowie, MD  20715

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)

- 2 -