IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SHEENA D. ALLEN | * | CHAPTER 13 |
| | * | |
| Debtor | * | CASE NO. 25-17196 |
| | * | |
| | * | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS THE CASE UNLESS THE DEBTOR MODIFIES THE PLAN

Comes now the Debtor, Sheena D. Allen by and through her attorneys, The Law Offices of Ronald B. Greene and James F. Carmon II, Esquire, and responds to the Trustee's Motion to Dismiss Case and for grounds therefore, states as follows:

1. That the Debtor opposes the trustee's motion to dismiss.
2. That the Debtor admits that the plan provides that joint unsecured creditors shall be paid in full through the plan.
3. That the Debtor denies the allegation that joint unsecured creditors have filed proof of claims in the aggregate amount of $112,730.34.
4. That the undersigned counsel has reviewed the proof of claims that were filed in this case. That the undersigned counsel only sees two joint unsecured proof of claims that were filed. The undersigned counsel sees $93,844.09 of joint unsecured claims being filed.
5. That the current confirmed plan in section 4.7 already lists the two joint unsecured claims which are Anne Arundel County Economic Development Corporation (claim amount $63,012.02) and Mary Collins (claim amount $30,832.01).
6. That there are a few proof of claims that appear to be joint between the Debtor and her former LLC known as Jammin Flava LLC.
7. That the Debtor and her non-filing spouse don't file joint income tax returns.

8. That the Debtor has never had any other joint unsecured claims with her spouse other than the two claims that the undersigned counsel mentioned in paragraph 5 of this response which total $93,844.09.

9. That the Debtor and undersigned counsel would like to know which joint unsecured claims total $112,730.34.

WHEREFORE, Debtor prays:

1. That the Trustee's Motion to Dismiss be denied.

2. And for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ James F. Carmon II
THE LAW OFFICES OF RONALD B. GREENE
RONALD B. GREENE, ESQUIRE (Bar #02816)
JAMES F. CARMON II, ESQUIRE (Bar#18897)
4500 Forbes Blvd., Suite 200
Lanham, Maryland 20706
O) 301-577-1300
F) 301-459-7424
rgreeneesq@aol.com
Attorneys for Debtor