**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of March, 2025, a copy of the foregoing was sent electronically via CMECF to Trustee Timothy P. Branigan.

                                  /s/ James F. Carmon II
                                  JAMES F. CARMON II, ESQUIRE