United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-17196-LSS |
| Sheena D. Allen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 13, 2026 | Form ID: ntchrgb2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheena D. Allen, 12403 Melling Ln., Bowie, MD 20715-2956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 15, 2026 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Ronald B. Greene | rgreeneesq@aol.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−17196 − LSS**   Chapter: **13**

**Sheena D. Allen**
Debtor

# NOTICE

Virtual hearing − Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a hearing will be held

on 4/28/26 at 02:00 PM

to consider and act upon the following:

23 − Trustee's Motion to Dismiss Case for other reasons − unless the debtor modifies the plan to cure an underfunding − Filed by Timothy P. Branigan. (Branigan, Timothy)

24 − Response on behalf of Sheena D. Allen Filed by Ronald B. Greene (related document(s)23 Trustee's Motion to Dismiss Case filed by Trustee Timothy P. Branigan). (Attachments: # 1 Certificate of Service) (Greene, Ronald)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 3/13/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410−962−4215

Form ntchrgmdb (rev. 08/13/2024)